**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jhon Nino Ovalles,

Petitioner

v.

John Mattos, et al.,

Respondents

Case No. 2:26-cv-02413-JAD-DJA

**Order Granting Stipulation to Dismiss Case as Moot**

[ECF No. 10]

Petitioner Jhon Nino Ovalles filed this petition for federal habeas corpus relief from his immigration detention. The parties now stipulate to dismiss his petition as moot, explaining that Ovalles was released from custody on August 14, 2026.[1] Accordingly,

IT IS ORDERED that the stipulation to dismiss **[ECF No. 10] is GRANTED. This case is DISMISSED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
August 28, 2026

[1] ECF No. 10.